C. G. WHEELAND *et al., Appellees,* V. THE FREDONIA GAS COMPANY, *Appellant.*

No. 16,590.

Appeal from Wilson district court; JAMES W. FINLEY, judge. Opinion filed June 11, 1910. Affirmed in part; reversed in part.

*J. T. Cooper,* and *John J. Jones,* for the appellant; *Jones & Reid,* of counsel.

*P. C. Young,* for the appellees.

*Per Curiam:* In this case strong reasons against instant forfeiture appear. A fair measure of damages was proved, and indeed was practically conceded on the argument. So far as the judgment relates to the forty acres confirmed to the lessee, it is affirmed. So far as it relates to the remainder of the tract the judgment is reversed, on the authority of *Howerton v. Gas Co.,* ante, p. 367.